## Richard Hecksher et al., Plffs. in Err., v. Peter W. Sheafer et al., Exrs.

Persons owning improvements, houses, breakers, and other structures, and those owning the land, may agree between themselves as to apportionment of taxes.

(Decided February 8, 1886.)

Error to the Common Pleas, No. 2, of Philadelphia County. Affirmed.

*Guy E. Farquhar, Thomas Hart, Jr.,* and *Crawford & Dallas* for plaintiffs in error.

*John G. Johnson* for defendants in error.

PER CURIAM:

The learned judge gave a correct construction to the agreement. While as a general rule, for purposes of taxation, all the improvements, such as houses, breakers, and other structures, constitute a part of the land, yet this does not prohibit persons owning different portions thereof from agreeing, as between themselves, to such an apportionment of the taxes as they see proper. In this case the parties did agree to an apportionment. Under that agreement it was correctly submitted to the jury to find the due proportion of each.

Judgment affirmed.